IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| Lance G. Rice, | Civil Action No. 5:16-cv-02629-TLW |
| Plaintiff, | |
| v. | **ORDER** |
| Nancy A. Berryhill, Commissioner of Social Security, | |
| Defendant. | |

This matter is before the Court on Plaintiff's Motion for an Award of Attorney's Fees pursuant to the Equal Access to Justice Act ("EAJA") filed January 29, 2018. *See* 28 U.S.C. § 2412. The parties filed a Joint Stipulation for Attorney Fees Pursuant to the EAJA advising their agreement to stipulation to an award of $5,500 in attorney fees and expenses. ECF No. 34.

In accordance with *Astrue v. Ratliff*, 130 S.Ct 2521, 2528-29 (2010), EAJA fees awarded by this Court belong to the litigant, thus subjecting EAJA fees to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)) and, therefore, this Court directs fees be payable to the Plaintiff and delivered to Plaintiff's counsel. Accordingly,

**IT IS ORDERED** that the Plaintiff's motion pursuant to the EAJA is **GRANTED** in the amount of $5,500.00.

s/Terry L. Wooten
Terry L. Wooten
Chief United States District Judge

May 17, 2018
Columbia, South Carolina